

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

January 27, 1939

Honorable E. L. Shelton
County Auditor
Cleburne, Texas

Dear Sir:　　　　　Opinion No. O-210.

　　　　　　　　Re: Can Collector receive State
　　　　　　　　and County taxes without receiv-
　　　　　　　　ing school taxes

　　　　This office is in receipt of your letter of January 24 requesting an opinion as to whether the County Assessor-Collector, who also acts as assessor and collector for an independent school district can accept State and County taxes without at the same time requiring payment of the school district taxes.

　　　　Article 2792 R.C.S., 1925, reads, in part, as follows:

　　　　　　"When a majority of the board of
　　　　trustees of an independent district
　　　　prefer to have the taxes of their dis-
　　　　trict assessed and collected by the
　　　　county assessor and collector, or col-
　　　　lected only by the county tax collector,
　　　　same shall be assessed and collected by
　　　　said county officers and turned over to
　　　　the treasurer of the independent school
　　　　district for which such taxes have been
　　　　collected."

　　　　As indicated above, an independent school district may have its own tax assessor and collector, in which event there could be no question as to the right of the county assessor and collector to receive County and State taxes without reference to the payment of the independent school district taxes.

The collection of taxes due the State and County could not be hampered by the independent school districts taking advantage of the right given in Article 2792 to have the county tax assessor and collector act for them also.

You are, therefore, advised that the collector can accept the County and State taxes without requiring payment of the independent school district taxes.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Glenn R. Lewis_

Assistant

GRL:FG

APPROVED:

_Gerald C. Mann_

ATTORNEY GENERAL OF TEXAS